# In the United States Court of Federal Claims

* * * * * * *

GREENTREE SQUARE, A LIMITED PARTNERSHIP *

Plaintiff, * No. 05-644C

v. * Filed: August 16, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint motion for a stay or proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge